# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CLARENCE HAYNES

NO. 2025 KW 0932

**SEPTEMBER 18, 2025**

---

In Re:  Clarence Haynes, applying for supervisory writs, 19th
        Judicial District Court, Parish of East Baton Rouge, No.
        DC-22-04488.

---

**BEFORE:  MILLER, EDWARDS, AND BALFOUR, JJ.**

**STAY REQUEST DENIED. WRIT DENIED ON THE SHOWING MADE.**

**SMM**
**BDE**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT